*handwritten: 11091357 / $94.53 / 2/16/11*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

*[FILED stamp: FEB 16 2011 BANKRUPTCY COURT BUFFALO, N.Y.]*

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 94.53
CHECKS # 15382 FOR $ 94.53
Representing unclaimed funds.

DATED: 2-11-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 141319 | JONES | 0516782 | 6.58 | JAMES & BEVERLY JONES | 117 BOURNE STREET | | WESTFIELD | NY | 14787 |
| 141349 | STAHLMAN | 0700389 | 5.00 | TIMOTHY & MICHELLE STAHLMAN | PO BOX 3212 | | JAMESTOWN | NY | 14702 |
| 141358 | MILES | 0810124 | 5.00 | JEWEL MILES | 23 MECHANIC ST. | | ANGELICA | NY | 14709 |
| 141362 | MALICKI | 0812188 | 5.01 | PAUL M MALICKI | 2637 WILLIAM ST. | | CHEEKTOWAGA | NY | 14227 |
| 141366 | SCHWARZOTT | 0813420 | 5.00 | BARRY A SCHWARZOTT | 56 SCHILLER STREET | | BUFFALO | NY | 14206 |
| 141370 | DENTON, III | 0813963 | 5.00 | JOHN DENTON, III & DENISE DENT | 103 MAPLELEAF DR. | | WILLIAMVILLE | NY | 14221 |
| 141376 | ROGENMOSER, JR | 0910980 | 5.00 | DONALD ROGENMOSER, JR. & MA | 6657 ERIE ROAD #3 | | DERBY | NY | 14047 |
| 141377 | MCCOY | 0911707 | 13.24 | DALE & SHARI MCCOY | 9858 SIMONDS ROAD | | CORFU | NY | 14036 |
| 141378 | LADD | 0912003 | 20.80 | MICHELLE LADD | 2478 WEHRLE DRIVE | | WILLIAMSVILLE | NY | 14221 |
| 141381 | RENNER | 0913435 | 18.89 | KEVIN RENNER | 442 WOODLAND DRIVE | | BUFFALO | NY | 14223 |
| 141386 | KALMBACHER | 0915163 | 5.01 | SEGE D KALMBACHER | 6666 BYRON HOLLEY ROAD | | BYRON | NY | 14422 |
| | | | $94.53 | | | | | | |

FILED FEB 16 2011 BANKRUPTCY COURT BUFFALO, N.Y.